INDUSTRIAL REFINING CORP., Appellant, v. INTERNATIONAL FASTENER RESEARCH CORPORATION, Respondent.—

Present — Marsh, J. P., Witmer, Gabrielli, Moule and Cardamone, JJ.